UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA                                          CASE NO.: 1:24-cv-21957-JB

Plaintiff,

vs

PENNEY OPCO LLC

A Foreign for-Profit Corporation

Defendant,

_____/

NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez, Esq. pursuant to the Federal Rules Civil Procedure files this Notice of Settlement with Defendant. Parties seek  30 days to finalize all settlement documentation and file a Notice of Voluntary Dismissal with Prejudice.

Respectfully Submitted:

                                        Mendez Law Offices, PLLC
                                        Attorneys for Plaintiff
                                        P.O. BOX 228630
                                        Miami, Florida 33172
                                        Telephone: 305.264.9090
                                        Facsimile: 1-305.809.8474
                                        Email:info@mendezlawoffices.com
                                        By: _____/s/_____
                                        DIEGO GERMAN MENDEZ, ESQ.
                                        FL BAR NO.: 52748

                                        Adams & Associates, P.A.
                                        Attorneys for Plaintiff
                                        6500 Cowpen Road, Suite 101
                                        Miami Lakes, FL  33014

Telephone: 305-824-9800
Facsimile: 305-824-3868
Email: radamslaw@bellsouth.net
By:_____ /s/_____
RICHARD JOHN ADAMS, ESQ.
FL BAR NO.: 770434