UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA                          CASE NO. 1:24-cv-21957-JB

    Plaintiff,

vs.

PENNEY OPCO, LLC.,
a Foreign Limited Liability Company
D/B/A JCPENNEY,
    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against PENNEY OPCO, LLC, a Foreign Limited Liability Company D/B/A JCPENNEY.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By:            /s/
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###